IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL MENDEZ, | : | ***Electronically Filed*** |
| Plaintiff, | : | |
| vs. | : | CA No. 05-35 ERIE |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter the appearances of Elizabeth M. Yanelli, Esquire and Pietragallo, Bosick & Gordon, as counsel of record for Defendants, Mark Baker, D.O. and Prison Health Services, Inc., in the above-captioned matter.

Respectfully submitted,

PIETRAGALLO, BOSICK & GORDON

***/s/ Elizabeth M. Yanelli, Esquire***
ELIZABETH M. YANELLI, ESQUIRE
Pa. I.D. #86932
One Oxford Centre, 38th Floor
Pittsburgh, PA  15219

(412) 263-2000

*Attorney for Defendants,*
*Mark Baker, D.O. and*
*Prison Health Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was served via United States First-Class Mail, postage prepaid, this 24th day of August, 2005, upon:

> Samuel Mendez, CY-7322
> 10745 Rt. 18
> Albion, PA 16475-0002

*/s/ Elizabeth M. Yanelli, Esquire*
ELIZABETH M. YANELLI, ESQUIRE
Pa. I.D. No. 86932

PIETRAGALLO, BOSICK & GORDON
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA  15219
(412) 263-2000

*Attorney for Defendants,*
 *Mark Baker, D.O. and*
*Prison Health Services, Inc.*