IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

SAMUEL MENDEZ,

*FILED ELECTRONICALLY*

Plaintiff,

CIV. ACTION NO. 5-35

vs.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, PRISON HEALTH
SERVICES, INC., DR. MARK
BAKER, DR. FRAIDER,

Defendants.

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as co-counsel for Dr.

Mark Baker.

**SAMUEL H. FOREMAN, ESQ.**
sforeman@wglaw.com
PA77096

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP
Suite 1450
Two Gateway Center
603 Stanwix Street
Pittsburgh, PA 15222
(412) 281-4541
(412) 281-4547 FAX

Respectfully submitted,

WEBER GALLAGHER SIMPSON STAPLETON

FIRES & NEWBY LLP


BY:   /s/ Samuel H. Foreman
      SAMUEL H. FOREMAN, ESQ.
      sforeman@wglaw.com
      PA77096

      WEBER GALLAGHER SIMPSON
      STAPLETON FIRES & NEWBY, LLP
      Suite 1450
      Two Gateway Center
      603 Stanwix Street
      Pittsburgh, PA 15222
      (412) 281-4541
      (412) 281-4547 FAX

## <u>CERTIFICATE OF SERVICE</u>

I, Samuel H. Foreman, hereby certify that on this date a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was sent by first class United States mail, postage prepaid, to the following:

Samuel Mendez, CY7322,
SCI Albion
10745 Route 18,
Albion, PA  16475;

Upon the following, service is made only through the CM/ECF system:

Elizabeth M. Yanelli, Esquire,
Pietragallo, Bosick & Gordon,


      /S/Samuel H. Foreman

Dated:      08/24/2005