IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL MENDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  05-35 Erie |
| ) | |
| PA DEPARTMENT OF CORRECTIONS, ) | |
| PRISON HEALTH SERVICES and ) | |
| DR. MARK BAKER,  DR. FRAIDER, ) | |
| ) | |
| Defendants. ) | **Electronically File** |
| ) | |

## ENTRY OF APPEARANCE

Please enter my appearance Rodney M. Torbic, Senior Deputy Attorney General for the Defendant, Pennsylvania Department of Corrections, in the above-captioned case.

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**

By:    s/Rodney M. Torbic
Rodney M. Torbic
Senior Deputy Attorney General
Attorney I.D. No. 66089

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219
Date: September 1, 2005

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Entry of Appearance was served upon the following via electronic mail on September 1, 2005.

Elizabeth M. Yanelli, Esquire
PIETRAGALLO, BOSICK & GORDON
One Oxford Centre
38th Floor
Pittsburgh, PA   15219

Samuel H. Foreman, Esquire
WEBER GALLAGHER SIMPSON STAPLETON
FIRES & NEWBY
603 Stanwix Street
Suite 1450, 14 Floor
Two Gateway Center
Pittsburgh, PA   15222

**via first-class mail:**

Samuel Mendez, CY-7322
State Correctional Institution
 at Albion
10745 Route 18
Albion, PA 16475-0004

                                            s/Rodney M. Torbic
                                            Rodney M. Torbic
                                            Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

Date:  September 1, 2005