CA  05-35 E

xcz ^Mr. Samuel Mandez, CY-7322
DOC/SRCF-Mercer. HA/9-2
801 Butler Pike
Mercer, PA 16137

September 3, 2005

Office of thwe Clerk of Court
C/o United States District Court
Post Office Box 1820
Erie, PA 16507

RE:Mandez V. PA.DOC. et al., C.A. No.05-35 E.: **Notice of Change of Address**

Dear Clerk,

Please take this Formal written/typed Notice, And you are to hereafter
inform both the Honorable Susan P. Baxter, Magistrate Judge, U.S. Marshal's
Office, that as of August 23, 2005, I was moved from the DOC/SCI-Albion
located in Erie County, to DOC/State Regional Correction Facility at Mercer
located in Mercer County; That You from this day forth, Direct All/Any
Current Matters concerning the Civil Action Case: Samuel Mandez V. PA.DOC.
et al., C.A. No.05-35 Erie, Orders, Evidentiary Hearing, Service or Related
Matters, shall be Addressed to me in care of following Change of Address:
Mr. Samuel Mandez, CY-7322, DOC/SRCF-Mercer. H/A.9-2 , 801 Butler Pike
Mercer, PA 16137. (Let the Record So Reflect the Same.)
I would appreciate that your Office would send confirmation of Noted Change

P.S. Defendants were already given Formal Notice of this Change of Address.

Sincerely,

Samuel Mandez
Samuel Mandez