**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAMUEL MENDEZ ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-35 Erie |
| ) | |
| v. ) | |
| ) | |
| PENNSYLVANIA DEPARTMENT ) | |
| OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2005, upon consideration of Defendant's Motion to Dismiss, it is hereby **ORDERED** that the Motion is **GRANTED**.

By the Court:

_____
J.