IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL MENDEZ, | : | *Electronically Filed* |
| Plaintiff, | : | |
| vs. | : | CA No. 05-35 ERIE |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. | : | |
| Defendants. | | |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2005, upon consideration of the Motion to Dismiss Plaintiff's Complaint filed on behalf of Defendants, Mark Baker, D.O. and Prison Health Services, Inc., it is hereby ORDERED that the Defendants' Motion is GRANTED, and Plaintiff's Complaint is dismissed with prejudice.

BY THE COURT:

_____
J.