IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL MENDEZ, | : | ***Filed Electronically*** |
| Plaintiff, | : | CA No. 05-35 Erie |
| vs. | : | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. | : | |
| Defendants. | : | |

### ACCEPTANCE OF SERVICE

I accept service of Plaintiff's Complaint on behalf of Prison Health Services, Inc., and certify that I am authorized to do so.

| | |
|---|---|
| **10/11/05** | **/s/ Elizabeth M. Yanelli** |
| Date | ELIZABETH M. YANELLI, ESQUIRE |
| | Pa. I.D. #86932 |
| | PIETRAGALLO, BOSICK & GORDON |
| | Firm #834 |
| | One Oxford Centre |
| | The Thirty-Eighth Floor |
| | Pittsburgh, PA  15219 |
| | |
| | (412) 263-2000 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **ACCEPTANCE OF SERVICE** was served this 11th day of **October, 2005** by United States mail, First Class Postage pre-paid, to the following non-ECF users:

Samuel Mendez, CY-7322
10745 Rt. 18
Albion, PA 16475-0002

Rodney M. Torbic, Esquire
Susan J. Forney, Esquire
Office of Attorney General
Manor Complex, 6th Floor
564 Forbes Avenue
Pittsburgh, PA  15219

/s/  Elizabeth M. Yanelli
ELIZABETH M. YANELLI, ESQUIRE
Pa. I.D. No. 86932

PIETRAGALLO, BOSICK & GORDON
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA  15219
(412) 263-2000

*Attorney for Defendant,*
*Prison Health Services, Inc.*