IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL MENDEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PENNSYLVANIA DEPT. OF CORRECTIONS, PRISON HEALTH SERVICES, INC., DR. MARK BAKER and DR. FRAIDER, | ) C.A. No.   1:05 – CV – 00035 ) (Judge McLaughlin) ) ) **ELECTRONICALLY FILED** ) **PLEADING** |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of defendant, Dr. Fraider, only, in the above-captioned action.

**JURY TRIAL OF TWELVE (12) DEMANDED ON ALL COUNTS**

Respectfully submitted,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

BY: /s/    Francis J. Klemensic, Esq.
Francis J. Klemensic, Esquire
120 West Tenth Street
Erie, PA  16501
Telephone (814) 459-2800
Facsimile (814) 453-4530
Email fklemensic@kmgslaw.com
PA 42110

1