IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMUEL MENDEZ,** ) | |
|       **Plaintiff,** ) | |
| ) | |
| **v.** ) | **C.A. No. 05-35 ERIE** |
| ) | |
| **PENNSYLVANIA DEPT. OF** ) | |
| **CORRECTIONS, et al.,** ) | |
|       **Defendants.** ) | |

## <u>O R D E R</u>

AND NOW, this 20th day of October, 2005;

IT IS HEREBY ORDERED that Plaintiff's motion for a copy of the motion to dismiss and an extension of time in which to reply [Document # 27] is GRANTED.

IT IS FURTHER ORDERED that counsel for the Department of Corrections send Plaintiff a copy of the motion to dismiss and the supporting brief within five days.

IT IS FURTHER ORDERED that Plaintiff may file a response to the motion before November 7, 2005.

<u>S/ Susan Paradise Baxter</u>
Susan Paradise Baxter
UNITED STATES MAGISTRATE JUDGE
