```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

SAMUEL MENDEZ

    V.                                                    NO. C.A.05-35Erie

DR. MARK BAKER, ET AL.

### MOTION FOR APPOINTMENT OF COUNSEL

And Now, Comes the petitioner, Samuel Mendez, who moves this Court for an order appointing counsel to represent him in the above captioned matter.

    Legal authority for appointment and compensation of counsel is 28 U.S.C. §1915(d) and 18 U.S.C. §3006A(g) as interpreted in McClain v. Manson, 343 F. Supp. 382 (D. Conn. 1972).

    Petitioner avers that he can not afford to retain private counsel and due to the complex medical issues involved would be at a disadvantage proceeding without counsel.

    Wherefore, Petitioner prays this Court to appoint counsel to represent him in the above captioned matter.

Respectfully submitted,

Samuel Mendez, Plaintiff

*/s/ Samuel Mendez*

page(2)

## PROOF OF SERVICE

SAMUEL MENDEZ, do hereby declare under the penalty of perjury that he has this day caused to be served upon the defendants a true and correct copy of this legal action to The U.S. DISTRICT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, by placing such copy into The U.S. Mail addressed as set forth below.

TO: RODNEY M. TORBIC
    SENIOR DEPUTY ATTORNEY GENERAL
    OFFICE OF THE ATTORNEY GENERAL
    6th. FLOOR, MANOR COMPLEX
    564 FORBES AVENUE
    PITTSBURGH, PA 15219

        &

    SAMUEL H. FOREMAN, ESQ.
    SUITE 1450
    TWO GATEWAY CENTER
    603 STANWIX STREET
    PITTSBURGH, PA 15222

        &

    ELIZABETH M. YANELLI, ESQUIRE
    THE THIRTY-EIGHTH FLOOR
    ONE OXFORD CENTRE
    PITTSBURGH, PA 15219

SAMUEL MENDEZ
NO. CY-7322
801 BUTLER PIKE
MERCER, PA 16137

DATE: 9/29/05