IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SAMUEL MENDEZ,  :

    Plaintiff,

VS  : C.A. No. 1:05-CV-00035

PENNSYLVANIA DEPT. OF  : (Judge McLaughlin)

CORRECTIONS, PRISON HEALTH  :

SERVICES, INC., DR. MARK BAKER and  :

DR. FRAIDER,  :

    Defendants,  :

 :

 :

PLAINTIFF'S RESPONSE TO THE DEFENDANT DR.

FRAIDER MOTION TO DISMISS FILED 10/13/2005

and PLAINTIFF'S MOTION TO STRIKE AND DISMISS

AFORESAID MOTION OF DR. FRAIDER, SUBMITTED

IN GOOD FAITH, IN FORMA PAUPERIS

---

    AND NOW, comes <u>SAMUEL MENDEZ</u>, in forma pauperis, pursuant to legal procedures, herein after known as the plaintiff in this legal cause of action. The plaintiff files this response and motion to strike and dismiss defendant DR. FRAIDER motion to dismiss filed in this case on 10/13/05 and in the support of this motion he surrenders the following.

    (1). That the aforesaid motion to dismiss filed by defendent DR. FRAIDER, should be striked and dismissed as it fails to conform to the statutory mandates of 28 U.S.C. Section 1746.

Page(2).

(2). That the statutory mandates of 28 U.S.C. Section 1746 requires that a verification be attached to any and all pleadings, answers, motions, complaints and other legal documents that isn't necessary of record and 28 U.S.C. Section 1746 requires that such pleadings be made "under the penalty of perjury". In this case there was no such oath given by the defendant, there was no verification signed and verified by the defendant, and thus the motion to dismiss filed by such defendant DR. FRAIDER is null and void and must be striked and dismissed as it is NON OBSTANTE and meaningless thus invalid.

(3). That the verification and the oath in question mandated by 28 U.S.C. Section 1746 have not been met in this case by the defendant DR. FRAIDER, and thus relief must be given to the plaintiff and defendant DR. FRAIDER'S motion to dismiss must be striked and dismissed in the interest of justice.

WHEREFORE, the plaintiff respectfully moves the honorable Court that an order will issue forthwith, ordering that the Motion To Dismiss filed by defendant DR. FRAIDER be hereby STRIKED and DISMISSED for failure to conform to 28 U.S.C. Section 1746.

DATE: 10/31/05   Respectfully Submitted/S/ *Samuel Mendy*
                                              Plaintiff

## Verification.

SAMUEL MENDEZ, under the penalty of perjury do hereby declare and state, that he is the plaintiff named in this foregoing legal action to The United States District Court For The Western District Of Pennsylvania, and state's that he has read the same, and that the same is true and correct to the best of his own knowledge and beliefs. That pursuant to 28 U.S.C. Section 1746 I declare that the foregoing is true and correct and such declaration is under the penalty of perjury.

Executed this 31st day of October 2005

                      Respectfully Submitted _/s/ Samuel Mendez_
                                        Plaintiff

## PROOF OF SERVICE .

SAMUEL MENDEZ, do hereby declare under the penalty of perjury, that he has this day caused to be served upon the parties listed below a true and correct copy of this legal action to The U.S. District Court For The Western District Of Pennsylvania by placing such copy into the U.S. Mail addressed as follows.

TO: ELIZABETH M.YANELLI,ESQUIRE.    ) FRANCIS J.KLEMENSIC
    PIETRAGALLO,BOSICK & GORDON      120 West Tenth Street
    One Oxford Centre                    ) Erie, Pennsylvania 16501-
    38th Floor                               1461
    Pittsburgh,PA 15219               )

    SAMUEL H.FOREMAN, ESQUIRE
    WEBER GALLAGHER(GALLAGHER)SIMPSON STAPLETON
    FIRES & NEWBY
    603 Stanwix Street
    Suite 1450,14 Floor                _/s/ Samuel Mendez_
    Two Gateway Center                SAMUEL MENDEZ-NO.CY-7322
    Pittsburgh,PA 15222               801 Butler Pike
                                            Mercer,PA 16137
    RODNEY M. TORBIC
    SENIOR DEPUTY ATTORNEY GENERAL      DATE: 10/31/05
    OFFICE OF THE ATTORNEY GENERAL
    6th.Floor,Manor Complex,564 Forbes Avenue
    Pittsburgh,PA 15219