IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

SAMUEL MENDEZ,

    Plaintiff,                                    CIV. ACTION NO. 1:05-cv-00035

    vs.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, PRISON HEALTH
SERVICES, INC., DR. MARK
BAKER, DR. FRAIDER,

    Defendants.

## ORDER

AND NOW, this _____ Day of _____, 2005, upon consideration of Defendant's **MOTION TO COMPEL COMPLIANCE WITH SUBPOENA AND FOR CONTEMPT SANCTIONS**, it is hereby ORDERED that said Motion is GRANTED. Hamot Medical Center is ORDERED to turn over the records of plaintiff Samuel Mendez.

                                                                                              _____, J.