# WEBER GALLAGHER
## SIMPSON STAPLETON
### FIRES & NEWBY LLP

October 10, 2005

OCT 1 2 2005

Direct Dial: (412) 281-9011
Email: dswanson@wglaw.com

Hamot Medical Center
201 State Street
Erie, PA 16550
**ATTN:  Medical Records**

**RE:    Samuel Mendez v. Mark Baker, D.O., et al**
         **Our File Number: 0030210**

To Whom It May Concern:

Please be advised that our office represents Dr. Mark Baker in a civil litigation matter which has been filed by Samuel Mendez.  In that regard, we are requesting a complete copy of any and all medical records pertaining to Samuel Mendez, DOB 3/7/1957.

Enclosed please find an original and one (1) copy of the Subpoena in a Civil Case. Please forward copies of all of the above-mentioned records to this office by October 28, 2005. Please also fill out the Proof of Service which is attached to the additional enclosed copy of the Subpoena and return it to me in the enclosed self-addressed, stamped envelope.  You may keep the original Subpoena for your file documentation.

Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Diane L. Swanson
Paralegal to Samuel H. Foreman

DLS:hms
Enclosures
cc:    Samuel Mendez/Inmate Number: CY7322
       Fran Klemensic, Esquire
       Elizabeth M. Yanelli, Esquire
       Rodney Torbic, Esquire



EXHIBIT
B

3250086

PHILADELPHIA NEW YORK PITTSBURGH NEWARK HARRISBURG SCRANTON CHERRY HILL LONDON

2 Gateway Center • Suite 1450 • Pittsburgh, PA 15222
(412) 281-4541 • (412) 281-4547 (fax) • www.wglaw.com