Dear Requestor: Diane L. Swanson 10/12/05

We are unable to process your request at this time for the following reason. Please provide us with the appropriate information and your request will be processed accordingly

_____ A thorough search of our files has failed to reveal any record of this patient having been treated at Hamot Medical Center. Please check for correct spelling, date of birth, and Social Security Number.

_____ Important information is missing. Please supply the following information so we may check further:
    _____ Date of birth and/or Social Security Number
    _____ Proper spelling of name/maiden name (please print legibly)
    _____ Date of service/type of treatment
    _____ Other

_____ The patient was not seen at Hamot Medical Center

_____ The patient was not seen at Hamot Medical Center on the specified dates. Please resubmit the request with the proper dates of service and type of treatment

_____ The request is missing an authorizing signature. Please include the appropriate signature with the current date following it

_____ The authorization is not dated. Please have the patient or his/her legal representative mark the current date after their signature

_____ The authorization we received has expired. An authorization signed and dated by the patient or his/her legal representative within the past ninety (90) days is required

_____ Due to the patient being over eighteen (18) years of age, the patient must sign his/her own release

_____ A special authorization is required. Please complete and return the enclosed request

_____ The authorization is dated before the dates of treatment. Please send a request that is signed and dated after the date of treatment

_____ Proof of legal guardianship, Power of Attorney is required

_____ A copy of the Will or Short Certificate naming _____ as executor/executrix of the estate is needed

✓ An original signed authorization is required

✓ Other We need a signed Auth from the patients

Sincerely,

SourceCorp HealthSERVE
Hamot Medical Center

Kindly return this form with request to:
Hamot Medical Center
Attention: Medical Records
201 State Street
Erie, PA 16550

EXHIBIT C

****PLEASE NOTE THAT WE ARE RETURNING YOUR ORIGINAL REQUEST WITH THIS LETTER. YOUR ORIGINAL REQUEST SHOULD BE RETURNED WITH THE REQUESTED INFORMATION CHECK ABOVE IF YOU ARE STILL IN NEED OF THESE RECORDS********