U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF  Samuel Mendez Cy-7322 | COURT CASE NUMBER  05-35-Erie |
|---|---|
| DEFENDANT  Dr. Conrad Fraider | TYPE OF PROCESS  42 U.S.C 3 1983 |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Conrad Fraider

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

5451 Peach st. Erie Pa. 16509

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Samuel Mendez Cy7322 S.R.C.f 801 Butler Pike Mercer, Pa. 16137 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Dr. Conrad Fraider Telephone Number     504-7008

(814) 866-3986

Fold

| Signature of Attorney other Originator requesting service on behalf of:  Samuel Mendez | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER  N/A | DATE  10-12-05 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process  1 | District of Origin  No. 68 | District to Serve  No. 68 | Signature of Authorized USMS Deputy or Clerk | Date  1/22/05  10/18/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only if different than shown above) | Date  1/3/06  Time  10  ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee  40.00 | Total Mileage Charges including endeavors)  8.00 | Forwarding Fee | Total Charges  48.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)  $48.00 |
|---|---|---|---|---|---|

REMARKS: To Erie 10-18-05

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00