IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL MENDEZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-35 |
| | : Judge Sean J. McLaughlin |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, PRISON HEALTH SERVICES, INC., DR. MARK BAKER, AND DR. FRAIDER, | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

AND NOW, comes the defendant, Pennsylvania Department of Corrections, by its attorneys, Thomas W. Corbett Jr., Attorney General, Craig E. Maravich, Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submits the following:

1. Please enter the appearance of Craig E. Maravich, Deputy Attorney General, for defendant, Pennsylvania Department of Corrections in the above captioned case.

Respectfully submitted:

Thomas W. Corbett, Jr.
Attorney General

By:   /s/ Craig E. Maravich
      CRAIG E. MARAVICH
      Deputy Attorney General
      Attorney I.D. No. 86219
      Susan J. Forney
      Chief Deputy Attorney General
      Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

February 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system. This document will be mailed via U.S. mail to the following non CM/ECF participants:

Samuel Mendez, CY-7322
SRCF-Mercer
HA/9-2
801 Butler Pike
Mercer, PA 16137

                                              By:    /s/ Craig E. Maravich
                                                         CRAIG E. MARAVICH
                                                         Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219