IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SAMUEL MENDEZ, :
:
      Plaintiff, :
:
v. : Civil Action No. 05-35
: Judge Sean J. McLaughlin
PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS, PRISON HEALTH :
SERVICES, INC., DR. MARK BAKER, AND :
DR. FRAIDER, :
:
      Defendants. :
:

## MOTION TO WITHDRAW APPEARANCE

AND NOW, comes the defendant, Pennsylvania Department of Corrections, by its attorneys, Thomas W. Corbett Jr., Attorney General, Craig E. Maravich, Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submit the following:

1.    Please withdraw the appearance of Rodney M. Torbic, Senior Deputy Attorney General in the above-captioned case.

                                      Respectfully submitted:

                                      Thomas W. Corbett, Jr.
                                      Attorney General

                By:    /s/ Craig E. Maravich
                          CRAIG E. MARAVICH
                          Deputy Attorney General
                          Attorney I.D. No. 86219
                          Susan J. Forney
                          Chief Deputy Attorney General
                          Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

February 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, I electronically filed the foregoing *Motion to Withdraw Appearance* with the Clerk of Court using the CM/ECF system. This document will be mailed via U.S. mail to the following non CM/ECF participants:

Samuel Mendez, CY-7322
SRCF-Mercer
HA/9-2
801 Butler Pike
Mercer, PA 16137

|  |  |
|---|---|
| By: | /s/ Craig E. Maravich |
|  | CRAIG E. MARAVICH |
|  | Deputy Attorney General |

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219