# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL MENDEZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-35 |
| | : Judge Sean J. McLaughlin |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, PRISON HEALTH SERVICES, INC., DR. MARK BAKER, AND DR. FRAIDER, | : |
| Defendants. | : |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2006, upon consideration of the foregoing motion, it is hereby ORDERED that the withdrawal of appearance of Rodney M. Torbic, Senior Deputy Attorney General, in the above-captioned case is GRANTED.

BY THE COURT:

_____
SEAN J. MCLAUGHLIN
United States District Court
Western District of Pennsylvania