## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL MENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-35E |
| | ) | |
| PENNSYLVANIA DEPARTMENT OF | ) | Judge Sean J. McLaughlin |
| CORRECTIONS; PRISON HEALTH | ) | Magistrate Judge Susan Paradise Baxter |
| SERVICES, INC.; DR. MARK | ) | |
| BAKER; DR. FRAIDER | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2006, upon consideration of the foregoing **State Defendant's Motion for Leave to File Motion *Nunc Pro Tunc*** it is hereby **ORDERED** that the State Defendant's response to Plaintiff's Amended Complaint is due on or before_____, 2006.

BY THE COURT;

_____
J.