IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SAMUEL MENDEZ, :
:
        Plaintiff, :
:
    v. : Civil Action No. 05-35
: Judge Sean J. McLaughlin
PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS, PRISON HEALTH :
SERVICES, INC., DR. MARK BAKER, AND :
DR. FRAIDER, :
:
        Defendants. :
:

## MOTION TO WITHDRAW APPEARANCE

AND NOW, comes the defendant, Pennsylvania Department of Corrections, by its attorneys, Thomas W. Corbett Jr., Attorney General, Craig E. Maravich, Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submits the following:

    1.    Please withdraw the appearance of Craig E. Maravich, Deputy Attorney General in the above-captioned case.

                              Respectfully submitted:

                              Thomas W. Corbett, Jr.
                              Attorney General

            By:    /s/ Craig E. Maravich
                      CRAIG E. MARAVICH
                      Deputy Attorney General
                      Attorney I.D. No. 86219
                      Susan J. Forney
                      Chief Deputy Attorney General
                      Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

April 21, 2006

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 21, 2006, I electronically filed the foregoing *Motion to Withdraw Appearance* with the Clerk of Court using the CM/ECF system.  This document will be mailed via U.S. mail to the following non CM/ECF participants:

Samuel Mendez, CY-7322
SRCF-Mercer
HA/9-2
801 Butler Pike
Mercer, PA 16137

          By: /s/  Craig E. Maravich
             CRAIG E. MARAVICH
             Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219