SAMUEL MENDEZ
CY7322
S.R.C.F MERCER
301 Butler Pike
Mercer, Pa. 16137

To: James A. Drach - Clerk
Office of The Clerk of Courts
P.O. Box 1920
102 U.S. Courthouse
617 State St.
Erie, Pa. 16501

RECEIVED
MAY 24 2006
CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA