IV. Statement of claim

C.

On March 20, 2003 while attending to my regular duties as a janitor in the medical department at SCI-Albion I suffered an injury to my right arm and shoulder while moving rugs located in the medical department.An incident report was immediately filed by my work supervisor confirming the injury had occurred while working.

    On March 24, 2003 I was evaluated by Physician's assistant Dan Telega who referred me to Dr. Bashline for further examination. Dr. Bashline then referred me to Dr. Fraider who is an orthopedic specialist who is contracted by Prison Health Services to do consultations at SCI-Albion.On April 16,2003 I was examined by Dr. Fraider without any X-rays or an MRI. Dr. Fraider stated that my injury was "cosmetic in nature and self-healing" and that the institution's insurance would not pay for surgery to repair the damage.

    On October 28,2003 Plaintiff was sent out to Millcreek Hospital for a second opinion and was examined by orthopedic specialist Dr. Bleday,who took some X-rays and contrary to the opinion of defendant Fraider found a number of things wrong:
        1.a ruptured bicep tendon
        2.problems with the rotator cuff
        3.bone spurs in the right shoulder
        4.problems with the shoulder ball and socket
        all of which would require surgical intervention.

    On September 16,2004 plaintiff was taken to Hamot Medical Center and examined by Dr. Sharma who stated that at this point nothing could be done due to the length of time which has elapsed since the injury.Plaintiff is continually in pain and it is obvious that these multiple injuries have not healed themselves as defendant Fraider claimed they would,Plaintiff is right handed and such a severe injury to his right arm will undoubtedly effect plaintiff's livelihood as a professional auto painter and mechanic upon his release from prison.

    Plaintiff contends that the defendant's were deliberately indifferent to his serious medical needs by not providing adequate treatment to his injury and plaintiff further contends that the defendant's sole reason for not providing treatment was the cost of said treatment which is in violation of 42 U.S.C.§1983

EXHIBIT-A.

(8)

# OIL VALLEY

ORTHOPEDICS
& SPORTS MEDICINE

Raymond M. Bleday, DPM, MD

October 28, 2003

Mark Baker, DO
Medical Director
Albion State Prison
10745 Route 18
Albion, PA 16475

RE: Samuel Mendez

Dear Mark,

I am writing a letter of medial necessity regarding our mutual patient, Samuel Mendez. Mr. Mendez was seen by my service this date at the Millcreek Community Hospital Fracture Clinic. He was accompanied by two guards. His complaint was a right biceps tear and shoulder pain. Apparently he injured himself while picking up a wet runner mat working on the medical floor at Albion Prison. He felt sudden onset of pain. He was apparently seen by another orthopedist who verified the diagnosis of a biceps tear. However, he was told that repair would be cosmetic and that he should not suffer any function deficit.

Mr. Mendez continues to have right shoulder and arm weakness and pain. He can not achieve a full overhead motion and has problems lifting up heavier objects. He also relates mechanical symptoms of clicking and catching within the shoulder. The patient relates that he is an auto body worker, mechanic and a musician. Consequently, he would like to have his right biceps repaired, if possible.

I have advised that he receive an arthrogram MRI. I also suggested surgical intervention which would include a right shoulder arthroscopy for debridement of a biceps tendon tear stump, removal of bone spurs with a subacromial decompression and distal clavicle resection, as well as a mini-open proximal biceps tenodesis. Scheduling of his radiographic study and surgery are pending your approval for medical necessity.

Thank you for allowing me to participate with the treatment of this patient. If you have any questions or need any further information, please feel free to contact me.

Yours truly,

Raymond Bleday, MD
R. Bleday MD

Mark Baker
Medical Director

314 South Franklin Street, Suite D • Titusville, PA 16354 • 9 Glenview Avenue • Oil City, PA 16301 • 814-827-3914 • 800-950-1851

EXHIBIT-B.

(9)

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)  Initial  (Follow-up)  On-Site  (Off-site)  Telemedicine |
|---|---|
| Referred to: Raymond  Dr. Bleday, ORTHO | Referred by: Mark Baker, Medical Director | Appt. Date/Time: 10-20-03 / 1230 |
| Specialty: MCH ORTHO | Drug Sensitivity: NKDA | Copies of relevant health information attached: (circle) Yes  No |

**Reason for Referral/History of Present Illness/Injury:**
2nd opinion per Dr. C. Fraider, ORTHO Rec.
Re: ® biceps tear tendon × brachi - Persist pain in ® shoulder
Injury 3/20/03 @ work.
- evaluation any please -

**Treatment to Date/Current Medications and Significant Medication History:** NSAIDs, PT, time, work restrictions
orthotic costills x2 / XRS

Dr. Mark Baker
Medical Director                    [signature]  9-1-03
                                    Signature of Referring Physician  Date

| Reviewed by Medical Director: (Circle)  (Approval)  Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:    Date: | |

UR Decision: (Circle)   Approval   Disapproval     Date:

**Part B:** To be completed by consulting Physician and returned with officer to the facility:

® shoulder/arm proximal biceps tear.
Recommend: arthrogram MRI ® shoulder
Surgery: ① ® shoulder arthroscopy
         ② ® shoulder open proximal biceps repair

                                    R Bleday MD
will discuss ℅ Dr. Bloom new "Gnl" 10th
                        12-29-03 1735              Signature of Consulting Physician Date/Time
Signature of Medical Director Date/Time                              10-28-03  2:55 pm

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
DC-441
(Revised: 6-02)

DB 2
C - 3/14/1996
R - 6/24/2010

Inmate Name:  Mendez, Samuel
Dr. Mark Baker
Medical Director
DOB:                    Inmate Number: CY7322
EXHIBIT-C.              3/7/57
Facility:  Albion        (10)



**Millcreek Community Hospital**

**EMERGENCY ROOM / OUTPATIENT**

MEDICAL RECORDS

| | |
|---|---|
| AUTHORIZATION ON REVERSE SIDE  PAT# 1166923 | HOUSE PHYSICIAN: BLEDAY, RAYMOND |
| LAST NAME: MENDEZ  FIRST NAME: SAMUEL  MIDDLE NAME: | HOME PHONE: 756-5778  DATE AND TIME: 102803 11:42am  EMERGENCY ROOM NO.: 153718 |
| ADDRESS: 10745 RT 18  CITY: ALBION  STATE: PA 16401 | AGE: 46  DATE OF BIRTH: 03/07/57  SEX: M  RACE: B  RES. AREA: 049020 |
| GUARANTOR/NEAREST RELATIVE: DAVID KRENZELAK GUARDIAN | ADDRESS: 10745 RT 18 ALBION, PA 16475  PHONE: 756-9722 |

EMERGENCY ROOM [ ]   OUTPATIENT [X]   FAMILY PHYSICIAN: BAKER, MARK D., D.O.   BROUGHT BY: AMBULATORY

**BRIEF HISTORY / CHIEF COMPLAINT:**

ALLERGIES: NKDA
MEDICATIONS: Naprolyn
LAST TETANUS TOXOID: 

840.8  2nd opinion
468.89
E927

(R) proximal biceps rupture

**PHYSICAL FINDINGS:**
Injured (R) shoulder ~ 6 mo ago 2° to lifting up a wet runner while on the prison medical service. Previous ortho opinion = bicep tear — told cosmetic + no functional interference. C/o pain (R) hand dominant

**PHYSICIAN'S ORDER:**
Rt shoulder Bleday Series

**TREATMENT/PROCEDURES:**
X-rays   Rx: arthrogram MRI
Recommend surgical repair

**DIAGNOSIS:** (R) proximal biceps tendon tear/rupture

REFERRED TO: ___   [ ] ADMIT [ ] DR. OFF [ ] TRANSFER [X] HOME [ ] EXPIRED
ATTENDING PHYSICIAN: R Bleday MD   DATE: 10-28-03   TIME: 3:00 PM

EXHIBIT-D.

(11)

# CONSULTATION RECORD

**Part A: Completed by referring facility:** Type of Consult: (Circle) **Initial** Follow-up  On-Site  Off-site  Telemedicine

| Referred to: | Referred by: | Appt. Date/Time: |
|---|---|---|
| [illegible] Med-Ctr | Dr. M. Baker | 10/16/04 1145a |

| Specialty: | Drug Sensitivity: | Copies of relevant health information attached: (circle) **Yes**  No |
|---|---|---|
| Orthopedic Clinic | NKA | |

**Reason for Referral/History of Present Illness/Injury:**

Right biceps muscle tear and [illegible] right shoulder pain — persistent and progressive weakness, PT — work injury lifting; Pt is [illegible]

[illegible] × 17 months

MRI [illegible]

**Treatment to Date/Current Medications and Significant Medication History:** NSAIDs, time, PT, work/activity restrictions, orthopedic consults, XR, MRI, [illegible]

— any treatment remedy

Dr. M. Baker                                                                            [signature]   7/16/04
                                                                                                    Signature of Referring Physician    Date

| Reviewed by Medical Director: (Circle) **Approval**  Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: [signature]    Date: 7/16/04 | 8/17/04 |

**UR Decision:** (Circle) **Approval**   Disapproval    Date: 8/17/04

**Part B:** To be completed by consulting Physician and returned with officer to the institution: # [illegible]

Pt has chronic R Biceps (long head) rupture
[illegible] deficit in function.
— No operative treatment would improve results

Rec: Occupational therapy [for] vocational training
Follow up — as needed, avoid heavy lift  [signature]  9/16/04
                                lift > 50 lb
Signature of Medical Director Date/Time                    Signature of Consulting Physician Date/Time

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**
(Revised: 1-01)

Inmate Name: Monroe, Samuel

Inmate Number: CY-1322

DOB: 3-7-51

Facility: [illegible]  EXHIBIT-E

C — 3/14/1996
R — 6/24/2010

(12)

WHITE: Medical Record

**HAMOT MEDICAL CENTER**          201 STATE STREET • ERIE, PENNSYLVANIA 16550

## ORTHOPEDIC CLINIC NOTE

**DATE:**                                                          **PATIENT NO:**

**DATE OF BIRTH:**  03/07/1957

**HISTORY OF PRESENT ILLNESS:**  Sam is a 47-year-old patient who is here in our clinic with a complaint of chronic right biceps rupture.  He sustained this injury about 2 ½ years ago at work.  He was lifting something heavy and felt a snap here.  He did not seek any medical attention since that time. He does complain of occasional pain when lifting heavy objects or on forced supination.  No other significant history.

At present, he is incarcerated.

### PHYSICAL EXAMINATION

EXTREMITIES:   There is asymmetry of the right biceps muscle.  He does have 4/5 strength in his biceps on elbow flexion and also on supination. You can accentuate asymmetry or deformity with this motion.  Other than that, he does not have any other significant injuries.

Neurovascular exam was normal.

**LABORATORY & X-RAY DATA:**  His x-rays are also benign.

**ASSESSMENT:**  Chronic rupture of the proximal right biceps tendon.

**PLAN:**  The patient was told that at present, he would not benefit from any surgical intervention.  We will send him for occupational therapy for occasional training and activity modification. Ansaids p.r.n. Follow up as needed.

| PATIENT NAME Mendez, Samuel | DICTATED BY Vivek Sharma, MD | M.R. NO. 51-83-76 | ROOM | DISCHARGE DATE |
|---|---|---|---|---|
| DOCUMENT NUMBER 1154394 | DATE DICTATED 09/16/2004 | DATE TRANSCRIBED 10/08/2004 | TYPE OF REPORT CLINIC NOTE | PAGE 1 OF 2 |

HAMOT MEDICAL CENTER • 201 State Street • Erie, PA 16550 • 814/877-6000

ORIGINAL / EXHIBIT-F.

(13)

MUSCLES
MÚSCULOS
MUSCLES
MUSKELN

**ANTERIOR VIEW**
**VISTA ANTERIOR**
**FACE ANTÉRIEURE**
**VORDERANSICHT**

ÊTRE HUMAIN / MENSCH
HUMAN BEING / SER HUMANO

frontal
frontal
frontal
Stirn

orbicular of eye
orbicular
orbiculaire des paupières
Augenringmuskel

sternocleidomastoid
esternocleidomastoideo
sterno-cléido-mastoïdien
Kopfnicker

masseter
masetero
masséter
Kaumuskel

trapezius
trapecio
trapèze
Kapuzenmuskel

deltoid
deltoides
deltoïde
Deltamuskel

greater pectoral
pectoral mayor
grand pectoral
großer Brustmuskel

external oblique
oblicuo mayor
grand oblique de l'abdomen
äußerer schräger Bauchmuskel

biceps of arm
biceps braquial
biceps brachial
zweiköpfiger Armstrecker

abdominal rectus
recto del abdomen
grand droit de l'abdomen
gerader Bauchmuskel

brachial
braquial anterior
brachial antérieur
Armbeuger

brachioradialis
supinador largo
huméro-stylo-radial
Oberarmspeichenmuskel

round pronator
pronador redondo
rond pronateur
runder Einwartsdreher

tensor of fascia lata
tensor de la fascia lata
tenseur du fascia lata
Schenkelbindenspanner

long palmar
palmar mayor
grand palmaire
langer Hohlhandmuskel

long adductor
aductor del muslo
moyen adducteur
langer Oberschenkelanzieher

short palmar
palmar menor
petit palmaire
kurzer Hohlhandmuskel

sartorius
sartorio
couturier
Schneidermuskel

ulnar flexor of wrist
cubital anterior
cubital antérieur
Handbeuger der Ellenseite

straight muscle of thigh
recto anterior
droit antérieur de la cuisse
gerader Schenkelmuskel

lateral great
vasto interno
vaste externe du membre inférieur
äußerer Schenkelmuskel

medial great
vasto externo
vaste interne du membre inférieur
innerer Schenkelmuskel

gastrocnemius
gemelos
jumeau
Zwillingswadenmuskel

long peroneal
peroneo lateral largo
long péronier latéral
langer Wadenbeinmuskel

soleus
sóleo
soléaire
Schollenmuskel

anterior tibial
tibial anterior
jambier antérieur
vorderer Schienbeinmuskel

long extensor of toes
extensor común de los dedos del pie
extenseur commun des orteils
langer Zehenstrecker

short extensor of toes
pedio
pédieux
kurzer Zehenstrecker

plantar interosseous
interóseos del pie
interosseux
Zwischenknochenmuskel

120

EXHIBIT-G.

(14)

**INTRINSIC MUSCLES**
They are divided into:
-Anterior muscles of the arm they include the brachial bicep muscles, the coracobrachial and the anterior brachial;
-Posterior muscles of the forearm: there are 8 and are arranged in 4 consecutive layers. The round pronator makes up the superficial layer with the flexor carpi radialis, the long palmar and with the ulnar flexor of the carpus. The second layer is made up of the superficial flexor of the fingers (flexor digitorum superficialis) and the flexor longus pollicis (thumb). The quadrate pronator muscle is found in the deep layer.
-Lateral muscles of the forearm: they are the brachiocardial, the extensor carpi radialis longus, and the extensor carpi radialis brevis.
-Posterior muscles of the forearm: there are 9 and they are arranged on two layers. On the superficial layer we find the extensor digitorum (fingers), the extensor digiti minimi, the extensor carpi ulnaris and the anconeus. In the deeper layer, we have the supinator muscles, the longus pollici adductor, the extensor pollicis brevis and the extensor indicis.
-Muscles of the hand: they are all found on the palmar side of the hand and are divided into three groups: lateral, medial, intermediate [68-69].



▲ Section of the elbow
❶ cutis
❷ Triceps of the arm
❸ Articular cavity
❹ Trochlea of the humerus
❺ oleocranon
❻ Subcutaneous bursa of the oleocranon
❼ Coronoid process
❽ Ulna
❾ Ulnar artery
❿ Extensor carpi ulnaris
⓫ Flexor digitorum profundus
⓬ Flexor digitorum superficialis
⓭ Flexor carpi radialis
⓮ Round pronator muscle
⓯ Radial artery
⓰ Brachial artery
⓱ Biceps of the arm
⓲ Brachial muscle
⓳ Humeri

◀ Muscles of the right shoulder
3. Frontal view, second layer
4. Frontal view, third layer
5. Dorsal view, deep muscles

▶ Muscles of the upper right arm
6. Internal frontal view of superficial muscles
7. Frontal view, first layer

▲ Muscles of the internal side of the right forearm
8. Superficial layer
9. Deep layer

EXHIBIT-H.    (15)