Samuel Mendez
CY7322
S.R.C.F. Mercer
801 Butler Pke
Mercer, Pa. 16137

To: James A. Drach, Clerk of Court
P.O. Box 1920, 102 U.S Courthouse
617 State St. Erie, Pa. 16501

RECEIVED
JUN - 5 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RECEIVED
JUN - 5 2006