IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF PENNSYLVANIA

Samuel Mendez, In Propria Per.  )   Docket No.
      Plaintiff.  )
                                )   Civil Action No. 05-35 ERIE
      vs.  )
                                )
Pa. Dept. of Corrections, et al.  )
      Defendants.  )

## NOTICE OF APPEAL/REQUEST FOR CERTIFICATE OF APPEALABILITY

Notice is hereby given that Samuel Mendez, petitioner in the above entitled matter, Appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on May 17, 2006, To-wit denying petitioner's 1983 Civil Complaint

*/s/ Samuel Mendez*

Dated: 6/9/06

FILED
06 JUN 19 AM 10:57
CLERK
U.S. DISTRICT COURT

## CONCLUSION

Based on the forgoing, it is respectfully submitted that this "Notice of Appeal/Request for Certificate of Appealability" as filed on his behalf be granted.

Respectfully submitted:

Dated: 6-9-06

From: *[signature]*
Petitioner, In Propria Personam

Witnessed By: *[signature]*
Winfred A. Milner, AP#6690
(Amicus Curiae)
28 U.S.C. §2242

## CERTIFICATE OF SERVICE

I, Samuel Mendez, State that I mailed a true and correct copy of "Notice of Appeal/Request for Certificate of Appealability" to the address(s) as indicated below by United States Postal Service regular mail this 9th day of June, 2006, Under 28 U.S.C.A. §1746 executed and signed then placed in U.S. Mail Repository at

Signed: *[signature]*