SAMUEL MERCER
CY7322
S.R.C.F. MERCER
301 Butler Pike
MERCER, Pa. 16137

INMATE MAIL
PA DEPT. OF
CORRECTIONS

first class

To: James A. Drach, Clerk of Court
P.O. Box 1920, 102 U.S Courthouse
617 State St. Erie, Pa. 16501

RECEIVED
JUN 1 9 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA