IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL MENDEZ,              ) | | |
|     Plaintiff,              ) | | |
|                             ) | | |
| V.                          ) | Civil Action No. 05-35 E | |
| P.A. DEPT. OF CORRECTIONS, et al.,    ) | | |
|     Defendants.           ) | | |

ORDER

_____AND NOW, this 16th day of June, 2006, upon consideration of the Plaintiff's Motion to Sustain Complaint (Document No. 54)

IT IS HEREBY ORDERED that the said motion is DENIED and the Order entered on May 17, 2006 be and hereby is AFFIRMED

                                          S/Sean J. McLaughlin
                                          Sean J. McLaughlin
                                          United States District Judge

cc: all parties of record.nmk