**FPS-369**                                                    **DATE: July 11, 2006**

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 06-3097

Mendez v. PA Dept Corr
(W. D. of PA No. 05-cv-0035E)

To:  Clerk

   1)   Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>

---

        The foregoing motion to proceed <u>in forma pauperis</u> is granted.  Appellant is a prisoner and seeks to proceed <u>in forma pauperis</u> on appeal.  Appellant is required to pay the full $455.00 fee in installments regardless of the outcome of the appeal.  Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2).  The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal.  The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the Western District of Pennsylvania.  In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the Western District of Pennsylvania equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid.  Each payment shall reference the appellate docket number for this appeal.  The appeal will be submitted to a panel of this court for determination under 28 U.S.C. § 1915(e)(2).

For the Court,

/s/Marcia M. Waldron
 Clerk

Dated: July 12, 2006
CRG/cc: Mr. Samuel Mendez
       Francis J. Klemensic, Esq.
       Kemal A. Mericli, Esq.
       Bryan K. Shreckengost, Esq.
       Elizabeth M. Yanelli, Esq.



**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk