**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**P. O. BOX 1820**
**ERIE, PENNSYLVANIA 16507**
WWW.PAWD.3097USCOURTS.GOV

**ROBERT V. BARTH, JR.**              **IN REPLYING, GIVE NUMBER**
**CLERK OF COURT**                    **OF CASE AND NAMES OF PARTIES**
814-464-9600

DATE: November 7, 2006

Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA 19106

        IN RE: <u>Samuel Mendez</u>
        WESTERN DIST. OF PA NO. <u>05-35 Erie</u>
        U.S.C.A. NO. <u>06-3097</u>

Dear Ms. Waldron:

    Enclosed please find:

| | |
|---|---|
| _ | One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record. |
| X | Actual Record with one certified copy and one uncertified copy of the docket entries. |
| _ | One certified copy of the docket entries to be filed as the Certified List in Lieu of the _ Supplemental Record. |
| _ | Actual _ Supplemental Record with one certified copy and one uncertified copy of the docket entries. |

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

                Very truly yours,

                ROBERT V. BARTH, JR.
                CLERK OF COURT

                By: _/s/ Debra L. Mayo_
                Debra L. Mayo
                Deputy Clerk

Enclosures
RECEIPT ACKNOWLEDGED BY: _____ DATE _____