BLD-47                                                November 16, 2006

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-3097

_____

SAMUEL MENDEZ,

Appellant,

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS; PRISON HEALTH
SERVICES; DR. MARK BAKER; DR. FRAIDER

_____

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 05-cv-00035)
District Judge: Honorable Sean J. McLaughlin

_____

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
November 16, 2006

Before:  MCKEE, FUENTES AND ROTH, CIRCUIT JUDGES

_____

**JUDGMENT**

_____

This cause came on to be heard on the record from the United States District Court

for the Western District of Pennsylvania and was submitted for possible dismissal under

28 U.S.C. §1915(e)(2)(B).  On consideration whereof, it is now here ORDERED AND

ADJUDGED by this court that the appeal is dismissed under 28 U.S.C. §1915(e)(2)(B).

All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: May 8, 2007

Certified as a true copy and issued in lieu
of a formal mandate on ___8/9/07___

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit